United States District Court of Pennsylvania
Middle District

|  |  |  |
|---|---|---|
| James Roche | | Civil No. 3:24-CV-0270 |
| Plaintiff | FILED SCRANTON | PRO-SE |
| vs. | FEB 14 2024 | Dated Feb 3rd 2024 |
| S.C.I.-MAH-R.H.U. | Per_____ | Mr. James Roche |
| Department of Correction Facility, John-Doe, et al Defendants | DEPUTY CLERK | |

Civil Action 1983 Form
Idivisual - Complaints & Brief of Issues

And Now Come's Plaintiff Filing a Civil Complaint against Staff Memember's whom are employed with the Department of Correction at this facility within Pennsylvania S.C.I.-MAH-R.H.U. area of the Prison This Insodent took place Feb, 22, 2023 and on going up to April 4, 2023, Reason unknown it was latter found out that I was place in Lock up R.H.U. Pending Investigation due to Transfer, That took place 4-4-2023, Where at this time it was Revealed to me the Reason for the Reason of "Abuse" that took place at S.C.I. MAH-R.H.U. Before going into detail →

LET ME REVEAL WHY? I WAS PLACED IN LOCK UP R.H.U. FOR ASKING A C.O. JOHN-DOE I ASK does HE KNOW A PERSON BY THE NAME RACHEL R. And THE REASON I ASK WAS due to CONVERSATION And AREA OF living, Notthing disrespectful OR ANY HARM, It simply was ask by ME due to last name REASON'S notthing MORE FOR this I WAS PLACED IN lock up (ASS NAKED) NO clothening NO sheet's, NO SHOES, while in R-H-C-C-I- I WAS CONSTANTLY being verbally harrassed by John-DOE OFFICER OF this Unit John-DOE C.O's unit began usening MICROPHONE device FROM THERE STATION SPEAKING INTO MY CELL - MICROPHONE, They began CAlling ME A Long-Haired Faggot And that how they ARE going TO BURN ME out OF MY "MINE" They Further went on with THREATS Threating to kill MY MOTHER And MY GirlFRIEND They Repeated this AGAIN And AGAIN then STATING MY MOTHER'S NAME IN Full And MY GIRLFRIEND's NAME And STATING OVER the PA SYSTEM the Address of MY MOM And GirlFriend I ASK FOR writening MATTER'S Such AS Something TO WRITE with to Address the WARDEN of M.A.H S.C.I. to NO AVAIL I WAS PLACE IN A Situation where I could not WRITE And SEEK Help, when I Finally did get Something to Address this illegal Behavior I REPORTED this ISSUE

To my Respondent Warden B. Mason "V;A" Request Slip Befour Presuing the Warden Mason I requested that the C.O's John-Doe of the R.H.U. Lock up Area for Grievance's Form's to no avail Each time Correction officer's John-Doe would speak into my Cell Repeating if You Push that Botton again Fucking Bugging us we will beat You to death In that fuckin cell do You Hear me, A Runner Slip me Paper and something to write with, and said on Paper dont mention my name they have Your Intercom on in Your cell Just write down what Your going to say and I'll send it out for You, This took Place. I addressed Warden Mason, she Replied that Captain Taylor would investigate the matter, concerning verbal Abuse, He never investigated the situation The Problem Progress worse, The Captain never wrote or spoke to me about. So mean while I am still in "AC" detention status under investigation until the middle of March unsure of why? I was in the Lock up Hole unit in the First Place... When it got worse still, in the middle of March, 2023 The Progression of the Harrassment increased The C.O. once again shouted on the intercom System in the R.H.U. Area Microphone told me to Block my door with my Mat that was given

to me after I addressed Warden Mason of M.A.H.S.C.I and how John-Doe officer's said again place your mat up by the door, so you can be on T.V, then the next day stated place your mat up against you door so they can test the cameras, however I did not do it, however they provoked me with loud sound's at night and saying block your door so we can come down there and throat fuck you with a baton so I snapped, I complied to there order I block my door with my mat and they came to my cell with gas mask on and sprayed my cell, the John-Doe officer's of this R.H.U. assaulted me when entering my cell I was taken down and kick, knee press against my neck, while asking for help due to being sprayed with pepper spray for nothing Joe Doe officer's had been harressing me night after night place your mat at your door I followed there order, once they had there fun they took me to the nurse to have my eye's sprayed, I was not allowed to shower still from there they brought me back to R.H.U. (a housening unit) to a cell with a camera located inside it, I need to exsplain how they turn this whole matter arround to make it appear as I am a nut when they presued me for no reason, once they place me in this cell they stripped me naked

Case 3:24-cv-00270-RDM-CA  Document 1  Filed 02/14/24  Page 5 of 11

(5)

while in Handcuffs and placed me on the Ground can the Court Realize I had under gone week's of mental abuse by Correction officer's who would not reveal there name's, the warden fully aware of this abusive behavior of officer's, and the Captain being informed of this situation did notthing never investigated I never seen him, once as I've explain being taken to the infirmey They took me to (A block cell), the officer's John-Doe ordered me to lay down on the cell floor, one officer place his knee into my neck while the other C.O's John-Doe stood there and video taped it on a camcorder, the ranking officer's name was LT. Rebarchik the other officer's had no I.D. Tag on I was denied shower's, yard, soap, toilet papper and blankets from that point on wards I was in the R.H.U. A-Block camera cell I saw a kind C.O. From C side who moved me to R.H.U. b-Block where the abuse continued, no shower's, no bed no clothening, area's of evidence 1). Hole Reports 2). Camera's video's of each area concerning R.H.U. lock

MR JAMES ROCHE QP0904
S.C.I ROCKVIEW
P.O. BOX A
1, ROCKVIEW PLACE
BELLEFONTE PA 16823

(A)

MIDDLE DISTRICT OF
PENNSYLVANIA

(IN THE SPACE ABOVE ENTER THE FULL NAMES OF THE PLAINTIFF)

- AGAINST - S.C.I M.A.H. DEPARTMENT OF CORRECTION'S JOHN DOE'S IN THE R.H.U. FACILITY FIRST AND 2nd SHIFTS. JOHN DOE OFFICER'S LOCATED IN R.H.U. BLOCK- C-I. WARDEN MS. MASON AND CAPTAIN TAYLOR ALL EMPLOYED BY THE STATE FACILITY M.A.H. S.C.I. CORRECTION'S
(IN THIS SPACE ABOVE ENTER THE FULL NAMES OF THE DEFENDANTS.

I, PARTIES IN THIS COMPLAINT (A). LIST YOUR NAME, MR JAMES ROCHE # QP0904 S.C.I. ROCKVIEW PLACE P.O. BOX A BELLEFONTE PA 16823 → PLAINTIFF

DEFENDANT'S AS STATED ALL ARE EMPLOYED BY THE STATE CORRECTIONAL DEPARTMENT OF PENNSYLVANIA S.C.I. M.A.H.

"STATEMENT OF CLAIM"

1). WARDEN MASON BEING THE RESPONDED OF THE PLAINTIFF, FAILED TO ACT UP WRONGFUL ABUSE OF OFFICER'S WITHIN HER FACILITY, TOWARDS MY PERSON PROVOKING SITUATION'S TO HAVE REASON TO MOVE UP PLAINTIFF TO PLACE ASSAULTIVE FORCE UPON THE PLAINTIFF, BY SPRAYING CHEMICAL PEPPER SPRAY IN MY FACE, ALL THIS WAS REPORTED TO WARDEN MASON

(B)

Also Captain Taylor whom was neglectful in the investigation. His actions supported only officer's body cam's, camera's ET. Al. proves abuse and what will appear as fun for officer's listed as John Doe name tags were removed most of all no reason of why? I was detained I R.H.U. Custody no misconduct no harm towards myself nor any other person these event's took place Feb 22, 2023 up till April 4th 2023

(A) Where did the events giving rise to your claims occur? In a lock up area of the prison of S.C.I. M.A.H.

(B) Facts I was abused by words, and by officer's placing there knee's upon my neck for notthing, threating my life and my parent's life and my girlfriend → Refer to complaint statement

(C) Warden Mason could have ended and correct this matter which up in civil violation's under the 8th Amendment and assault issue's as well as slander and defamation matter's Captain Taylor whom showed signs of negligence failing to investigate why? I was in a lock up situation no misconduct → only ask a C.O. was he

Related to this person C.O. RENNENGER the reason for this asking from me was base on officer having the same name last name as the person I know, and this cause me to be abuse mentally by placing me in a cell with no clothening and subjected to a camera being watch with no clothening on. There was no one else involved to back my true storey this conducted and done in a lock up area, other inmate's in this lock up area in other cell's had to have over heard my cry for help. NOTE → Injuries Plaintiff was taken to Hospital area of the Prison after stating I cannot see from pepper-spray in my eye's the nurse told me she would fined act what's going on I stated "CRUEL AND UNUSUAL PUNISHMENT"

RELIEF- Plaintiff request compensation pretaining to 8th Amendment 1.8 VIII Mental Slander defamation, threat's of placing an object in my mouth defaming my mother and girlfriend and Physical Torture by placing me neck.t in a cell with no bed and physically placing knee's upon my face and neck area- Emotional Strain simply assault falling under Tort-Law where the person's who acted this part out intended, the act to cause pain and mental reaction's → → → → → → →

When the act hurts an individual, whether or not there is a statute making the act a crime it falls under civil law → What makes up a case 1). A problem 2). A loss 3). A law I've been tortured by D.O.C. Correction's officer's for no reason mentally tortured day after day each shift 1, 2nd shift why? From locking me in the hole you kept my mom's name and address and my girlfriend and her address and used it to assault me mentally by saying you will kill them if I don't place my mat up at the door of my cell, all giving you a reason to attack me in my cell The prayer for relief The complaint concludes with a prayer for relief or ad damnum clause which is a short summary of the plaintiff's request. This statement may be as simple a wherefore, the plaintiff demands judgement against the defendant in the sum of two hundred fifty thousand dollars ($250,000.00) with interest, attorney's fees, and costs Plaintiff demands judgement against the defendant in an amount to be determined at the time of trial. Final (Intentional harm to a person) Assault by placing me in fear for my well being, defamation of my name and parents and girlfriend why?

I declare under penalty of perjury that, the foregoing is true and correct

Signed this **3RD** day of **FEB.**, 20**24**

Mailing Address **S.C.I - ROCKVIEW - P.O BOX A, 1, ROCKVIEW PLACE - BELLEFONTE, PA 16823**

Signature of Plaintiff
*James Roche*

Telephone Number _____
Fax Number _____
E-Mail Address _____

*James Roche*
Signature of Plaintiff

### CERTIFICATION OF SERVICE

I _____, certify that a copy of my motion was served by U.S. Postal Reg. Mail on **Feb 10th 2024** dated

Name of Opposing Party
N/A JOHN - DOE

FROM, MR. JAMES ROCHE #QP0904
S.C.I. ROCKVIEW
P.O. BOX A
1, ROCKVIEW PLACE
BELLEFONTE, PA
16823

RECEIVED SCRANTON
FEB 14 2024
PER DJ
DEPUTY CLERK

CLERK OF THE COURT
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(P.O. BOX 1148) → WILLIAM J. NEALON FEDERAL BLDG & U.S.
COURTHOUSE, 235 N. WASHINGTON AVE, SCRANTON PA 18501