IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ROCHE, | Civil No. 3:24-cv-270 |
| Plaintiff | (Judge Mariani) |
| v. | |
| WARDEN MASON, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 24th day of October, 2024, upon consideration of the proposed second amended complaint (Doc. 26), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The proposed second amended complaint (Doc. 26) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The action against the John Doe Defendants is **DISMISSED** pursuant to Federal Rule of Civil Procedure 4(m).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge